FILED
2019 Apr-15 PM 03:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CHRISTINA HOFF, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 5:17-cv-0188-LCB |
| MITCHELL INDUSTRIAL CONTRACTORS, INC., | ) ) ) ) |
| Defendant. | ) |

## DEFAULT JUDGMENT

Pursuant to the Court's recent orders (Docs. 24, 26, 29, 32, 34) defendant Mitchell Industrial Contractors, Inc., ("MICI") has failed to obtain counsel and defend itself in this matter. The clerk made entry of default on March 12, 2019. (Doc. 35). Plaintiff filed a Motion for Default Judgment on April 12, 2019, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. (Doc. 40). Plaintiff's motion is hereby granted.

Accordingly, IT IS ORDERED that a judgment by default is entered in favor of the plaintiff, CHRISTINA HOFF against defendant, MITCHELL INDUSTRIAL CONTRACTORS, INC. This matter is set for a hearing on damages for **Tuesday, May 14, 2019, 10:00 a.m.** at the U.S. Courthouse, 101 Holmes Avenue, Huntsville, Alabama, in the second-floor courtroom.

**DONE** and **ORDERED** this April 15, 2019.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE